E-FILED
Tuesday, 01 August, 2017 04:01:14 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

**MYRNA FELIX, et al.,**

    **Plaintiff,**

v.

**SPRINGFIELD CLINIC LLP,**

    **Defendant.**

Case No. 15-1209

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The parties are hereby directed to file with the court, within **thirty-five (35) days** of the date of this order, a stipulation of dismissal signed by both parties.

2. All time tables and scheduled hearings are VACATED until further order.

3. Any pending motions in this case are rendered MOOT. If settlement does not occur, the parties can request that the motions be reinstated.

ENTERED this 1st day of August, 2017.

                                                    s/ERIC I. LONG
                                     UNITED STATES MAGISTRATE JUDGE