IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MYRNA FELIX, BEVERLY BEARD, deceased, by and through her next-of-kin, JACQUELINE BEARD and BARBARA LYNN CODY,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINGFIELD CLINIC LLP, an Illinois limited liability partnership,<br><br>Defendant. | Case No.: 15-CV-1209 |

## PLAINTIFFS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(a)(2)

Plaintiffs Myrna Felix, Beverly Beard, and Barbara Lynn Cody, by their attorneys, Jennifer M. Sender and Andrés J. Gallegos of Robbins Salomon & Patt, Ltd., respectfully move this Honorable Court pursuant to Rule 41(a)(2) to dismiss this matter with prejudice all matters in controversy have been agreed upon and settled.

Dated: August 28, 2017

MYRNA FELIX, BEVERLY BEARD, and BARBARA LYNN CODY, Plaintiffs.

/s/ Jennifer M. Sender
_____
One of Their Attorneys

Jennifer M. Sender (ARDC No. 6207774)
Andrés J. Gallegos (ARDC No. 6212168)
Attorneys for Plaintiff
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000 - Telephone
(312) 782-6690 - Facsimile
jsender@rsplaw.com
agallegos@rsplaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 28, 2017, she served a true and correct copy of the above **Plaintiffs' Motion to Dismiss Pursuant to F.R.C.P. 41(a)(2)** by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification all parties who have registered to receive notices electronically as follows:

By: /s/ Jennifer M. Sender

IT9293